**UNITED STATES of America,**
**Appellant,**

v.

**Norbert L. MARTIN, d/b/a Nibs Original**
**Magic Bar.**
**No. 16977.**

United States Court of Appeals
Eighth Circuit.

Feb. 12, 1962.

Miles W. Lord, U. S. Atty., St. Paul, Minn., for appellant.

Lee N. Johnson, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.

**MACAN ESTATES, INC., Plaintiff-**
**Appellant,**

v.

**UNITED STATES of America,**
**Defendant-Appellee.**
**No. 227, Docket 27122.**

United States Court of Appeals
Second Circuit.

Argued Feb. 15, 1962.

Decided Feb. 22, 1962.

Joseph Greenberg, New York City (Murray L. Gilman, Isidore A. Seltzer, New York City, of counsel), for plaintiff-appellant.

Robert M. Morgenthau, U. S. Atty., S.D.N.Y., New York City (Morton L. Ginsberg, Robert Arum, Asst. U. S. Attys., New York City, of counsel), for defendant-appellee.

Before WATERMAN, SMITH and HAYS, Circuit Judges.

PER CURIAM.

We affirm the judgment below on the opinion of the district judge, reported at 195 F.Supp. 887.

**Librado SEDA ALVAREZ, Defendant,**
**Appellant,**

v.

**The PEOPLE OF PUERTO RICO,**
**Appellee.**
**No. 5900.**

United States Court of Appeals
First Circuit.

March 1, 1962.

Melvin S. Louison, Taunton, Mass., for appellant.

Jorge Segarra Olivero, Asst. Sol. Gen., with whom J. B. Fernandez Badillo, Sol. Gen., San Juan, P. R., was on brief, for appellee.

Before WOODBURY, Chief Judge, and ALDRICH and GANEY,* Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of the Supreme Court of Puerto Rico affirming a judgment of sentence entered by the Superior Court of Puerto Rico, Mayaguez Part. It presents no substantial question of violation of constitutional right or serious question of interpretation of local law.

Judgment will be entered affirming the judgment of the Supreme Court of Puerto Rico.

* By special assignment.